In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. LINDA FISCHER, as Executor of ROBERT A. FREIHEIT, Deceased, Respondent, v AMERICAN PREMIUM UNDERWRITERS, INC., Formerly Known as the PENN CENTRAL CORPORATION, et

al., Defendants, and KOHLER Co., Appellant. [939 NYS2d 899]—Appeal from an order of the Supreme Court, Erie County (John P. Lane, J.H.O.), entered January 4, 2011. The order denied the motion of defendant Kohler Co. for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Lindley, Sconiers and Martoche, JJ.